United States District Court
Southern District of Texas
**ENTERED**
June 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY HAYES | § § § | |
| VS. | § § § | CIVIL ACTION NO. 20-00012 |
| WAL-MART STORES TEXAS, LLC | § | DEFENDANT DEMANDS A JURY |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(II)**, the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED June 18, 2020.



UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

DASPIT LAW FIRM, PLLC

*/s/ Kiernan McAlpine*
Kiernan McAlpine
State Bar No. 24058519
Fed. Bar No. 1132611
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone no. (713) 322-4878
Facsimile no. (713) 587-9086
e-service@daspitlaw.com

ATTORNEY FOR PLAINTIFF,
LARRY HAYES

BUSH & RAMIREZ, PLLC

/s/ Stephanie B. Donaho
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
Stephanie B. Donaho
State Bar No. 24055213
Federal ID No. 3028742
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
sdonaho.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC